IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHRIS WOOD and MEREDITH WOOD ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| MICHAEL ROBERTS, ) | 4:17-cv-34-LGW/GRS |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| MICHAEL ROBERTS CONSTRUCTION, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| JOHN TERRY DISMUKES, III ) | |
| ) | |
| Defendants ) | |

## SUMMONS

TO THE BELOW NAMED DEFENDANT:

**MICHAEL ROBERTS**
687 BRIGHAM DRIVE
RICHMOND HILL, GEORGIA 31324

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiffs' attorney whose name and address is:

Bates Lovett, Esq.
FisherBroyles, LLP
35 Barnard Street, Suite 300
Savannah, GA 31401

an answer to the Complaint which is herewith served upon you, within 21 days after service of the summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This __24th_ day of February, 2017.

------------------------------------------------
Clerk of Southern District of Georgia,
Savannah Division



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHRIS WOOD and MEREDITH WOOD ) </br> ) </br> Plaintiffs,           ) </br> ) </br> v.                                                    ) </br> ) </br> MICHAEL ROBERTS,                   ) </br> ) </br> ) </br> ) </br> MICHAEL ROBERTS CONSTRUCTION, LLC, ) </br> ) </br> and                                                 ) </br> ) </br> JOHN TERRY DISMUKES, III       ) </br> ) </br> Defendants         ) | Civil Action No. </br> 4:17-cv-34-LGW/GRS </br></br> <u>JURY TRIAL DEMANDED</u> |

## **SUMMONS**

TO THE BELOW NAMED DEFENDANT:

**MICHAEL ROBERTS CONSTRUCTION, LLC**
687 BRIGHAM DRIVE
RICHMOND HILL, GEORGIA 31324

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiffs' attorney whose name and address is:

Bates Lovett, Esq.
FisherBroyles, LLP
35 Barnard Street, Suite 300
Savannah, GA 31401

an answer to the Complaint which is herewith served upon you, within 21 days after service of the summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This __24th__ day of February, 2017.

------------------------------------------------
Clerk of Southern District of Georgia,
Savannah Division



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHRIS WOOD and MEREDITH WOOD ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ROBERTS, ) <br> ) <br> ) <br> ) <br> MICHAEL ROBERTS CONSTRUCTION, LLC, ) <br> ) <br> and ) <br> ) <br> JOHN TERRY DISMUKES, III ) <br> ) <br> Defendants ) | Civil Action No. <br><br> 4:17-cv-34-LGW/GRS <br><br> <u>JURY TRIAL DEMANDED</u> |

## **SUMMONS**

TO THE BELOW NAMED DEFENDANT:

**JOHN TERRY DISMUKES, III**
2143 FT. MCALLISTER ROAD
RICHMOND HILL, GEORGIA 31324

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiffs' attorney whose name and address is:

Bates Lovett, Esq.
FisherBroyles, LLP
35 Barnard Street, Suite 300
Savannah, GA 31401

an answer to the Complaint which is herewith served upon you, within 21 days after service of the summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This <u> 24th</u> day of February, 2017.

------------------------------------------------
Clerk of Southern District of Georgia,
Savannah Division