# UNITED STATES DISTRICT COURT

11-28 20 17
Deputy Clerk

SOUTHERN District of GEORGIA

CHRIS WOOD & MEREDITH WOOD

Plaintiff(s),

V.

MICHAEL ROBERTS, ET AL.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:17-CV-00034-lgw-grs

Notice is hereby given that, subject to approval by the court, Michael Roberts & Michael Roberts Const. substitutes
(Party (s) Name)

Mathew M. McCoy , State Bar No. 486273 as counsel of record in
(Name of New Attorney)

place of Kate Dodston Strain .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: McCorkle & Johnson, LLP
Address: 319 Tattnall Street, Savannah, Georgia 31401
Telephone: (912) 232-6000   Facsimile (912) 232-4080
E-Mail (Optional): mmm@mccorklejohnson.com

I consent to the above substitution.
Date: 11/3/2017

Michael Roberts, Indv. & on behalf of Michael Roberts Const.
(Signature of Party(s))   LLC.

I consent to being substituted.
Date: 11-2-17

Kate Dodston Strain
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 11/3/17

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11-28-17

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]