FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAR 23 PM 12:54

CLERK _____
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHRIS WOOD and MEREDITH WOOD | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 4:17-cv-00034- LGW-GRS |
| MICHAEL ROBERTS, MICHAEL ROBERTS | ) | |
| CONSTRUCTION, LLC and | ) | |
| JOHN TERRY DISMUKES, III | ) | |
| | ) | |
| Defendants. | ) | |

## MODIFICATION OF SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the Court's Scheduling Order is modified in the following matter as the following dates represent the last day for filing specific pleadings in the above styled case:

| | |
|---|---|
| CLOSE OF DISCOVERY | June 1, 2018 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS INCLUDING DAUBERT MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | July 6, 2018 |

All other deadlines and requirements shall remain the same.

So **ORDERED** this ___22nd___ day of March, 2018.

_____
Magistrate, Southern District of Georgia

4